UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL OF
CARPENTERS EMPLOYEE BENEFITS FUND,
et al,

      Plaintiffs,        Case No. 1:18-cv1300

v.        Hon. Paul L. Maloney

PRO SERVICES, INC.,

      Defendant.
_____/

### ORDER STAYING CASES

With the exception of the settlement conference set for September 22, 2020, before the undersigned, all proceedings in this case and member case 1:18cv1443 are hereby **STAYED** pending further order of the Court.

**IT IS HEREBY ORDERED.**

Dated: September 2, 2020        /s/ Ray Kent
       RAY KENT
       United States Magistrate Judge